

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2020

No. 04-18-00769-CV

Alberto **ORTIZ**, Trustee of the Rolando Rafael Saenz Trust and as Limited Partner of Las Blancas Minerals, L.P., and Rolando Rafael Saenz, as Limited Partner of Las Blancas Minerals, L.P.,
Appellants

v.

**LAS BLANCAS MINERALS L.P.**, Pedro I. Saenz Jr., Maria Graciela Saenz Martinez, San Pedro Minerals, L.P., Saenz Management Co., L.L.C., and Las Blancas Investments, L.P.,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2015CVQ002991D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

The Appellants' Motion to Extend Time to File Motion for Rehearing or Motion for Reconsideration En Banc is hereby GRANTED.  Time is extended until April 20, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2020.

_____
Michael A. Cruz,
Clerk of Court